| United States Bankruptcy Court<br>District of Arizona | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mezo, Aron Robert** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Professional Events, LLC; FDBA GSC Holdings, LLC; DBA Afterlife, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9415** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3116 N 83rd Pl**<br>**Scottsdale, AZ**<br>ZIP Code **85251** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Maricopa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**4400 N Scottsdale Rd #354**<br>**Scottsdale, AZ**<br>ZIP Code **85251** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     *** **James M. Mc Guire/M. Preston Gardner 021223/029868**    THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Mezo, Aron Robert** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ James M. Mc Guire/M. Preston Gardner  June 24, 2014 <br> Signature of Attorney for Debtor(s)     (Date) <br> **James M. Mc Guire/M. Preston Gardner 021223/029868** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Mezo, Aron Robert** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Aron Robert Mezo**
Signature of Debtor **Aron Robert Mezo**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**June 24, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X /s/ James M. Mc Guire/M. Preston Gardner**
Signature of Attorney for Debtor(s)

**James M. Mc Guire/M. Preston Gardner 021223/029868**
Printed Name of Attorney for Debtor(s)

**Davis Miles McGuire Gardner, PLLC**
Firm Name

**80 E. Rio Salado Parkway**
**Suite 401**
**Tempe, AZ 85281**

Address

**Email: azbankruptcy@davismiles.com**
**(480) 733-6800  Fax: 480-733-3748**
Telephone Number

**June 24, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**United States Bankruptcy Court**
**District of Arizona**

In re **Aron Robert Mezo**  
Debtor(s)

Case No. _____  
Chapter **13**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ___

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

6/26/14 1:18PM

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Aron Robert Mezo**
                             **Aron Robert Mezo**

Date: **June 24, 2014**

Certificate Number: 12459-AZ-CC-023677440


12459-AZ-CC-023677440

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 24, 2014, at 12:40 o'clock AM PDT, Aron Mezo received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Arizona, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: June 24, 2014      By: /s/Lior Goodman

Name: Lior Goodman

Title: Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Mezo, Aron -

ACI COLLECTIONS
2420 SWEET HOME RD, STE. 150
BUFFALO NY 14228


ALLIEDINTERSTATE, LLC
P.O. BOX 26190
MINNEAPOLIS MN 55426


AMERICAN CORADIUS INTERNATIONAL, LLC.
2420 SWEET HOME RD., SUITE 150
AMHERST NY 14228-2244


ARIZONA DEPARTMENT OF REVENUE
C/O TAX, BANKRUPTCY AND COLLECTION SEC.
1275 W. WASHINGTON AVENUE
PHOENIX AZ 85007


ARIZONA DEPARTMENT OF REVENUE
P.O. BOX 29010
PHOENIX AZ 85038-9010


ASCAP
1900 BROADWAY
NEW YORK NY 10023


BANK OF AMERICA
PO BOX 53150
PHOENIX AZ 85072


BANK OF AMERICA BUSINESS CARD
PO BOX 15710
WILMINGTON DE 19886-5710


BANKAMERICA
PO BOX 15168
WILMINGTON DE 19850


CHASE
PO BOX 15298
WILMINGTON DE 19850


CITIBANK  SOUTH DAKOTA   N.A.
100 CITIBANK DR.
SAN ANTONIO TX 78245

Mezo, Aron -

CITIBANK NA
C/O CITIMORTGAGE, INC.
6400 LAS COLINAS BLVD MS-CC3-53
IRVING TX 75039

CITIBANK SD, NA
ATTN: CENTRALIZED BANKRUPTCY
PO BOX 20363
KANSAS CITY MO 64195

CITIBANKNA
1000 TECHNOLOGY DR
O FALLON MO 63368

CITY OF SCOTTSDALE, REVENUE RECOVERY
7447 E. INDIAN SCHOOL RD., STE. 110
SCOTTSDALE AZ 85251

CLIENT SERVICE, INC./CITI CARDS
PO BOX 1503
SAINT PETERS MO 63376

CLIENT SERVICES, INC.
3451 HARRY S. TRUMAN BLVD.
SAINT CHARLES MO 63301

CLIENT SERVICES, INC./CITICARDS
PO BOX 1503
SAINT PETERS MO 63376-0027

GC SERVICES
P.O. BOX 39050
PHOENIX AZ 85069

GC SERVICES
PO BOX 7850 (078)
BALDWIN PARK CA 91706

HARRIS & HARRIS, LTD
222 MERCHANDISE MART PLAZA
SUITE 1900
CHICAGO IL 60654

Mezo, Aron -

HYUNDAI MOTOR FINANCE
ATTENTION: BANKRUPTCY
PO BOX 20809
FOUNTAIN VALLEY CA 92728


HYUNDAI MOTOR FINANCE COMPANY
P.O. BOX 20829
FOUNTAIN VALLEY CA 92728


INTEGRITY SOLUTION SERVICES, INC.
7885 WASHINGTON AVENUE SOUTH, SUITE 200
MINNEAPOLIS MN 55439


INTERNAL REVENUE SERVICE
BANKRUPTCY AND COLLECTION ENFORCEMENT
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


J.C. CHRISTENSEN & ASSOC.
PO BOX 519
SAUK RAPIDS MN 56379


JCC AND ASSOC.
PO BOX 519
SAUK RAPIDS MN 56379


JH PORTFOLIO DEBT EQUITIES, LLC
C/O JCC
PO BOX 519
SAUK RAPIDS MN 56379


JOEL P. MASCARO DO PC
9500 E IRONWOOD SQ DR STE 126
SCOTTSDALE AZ 85258-4584


LAW OFFICES OF POSINELLI SHUGART
ONE EAST WASHINGTON STE 1200
PHOENIX AZ 85004


NATIONAL RECOVERY AGENCY
PO BOX 67015
HARRISBURG PA 17106

Mezo, Aron -

NEMO'S COLL
14631 N CAVE CREEK
PHOENIX AZ 85022


PAYPAL BUYER CREDIT
PO BOX 960080
ORLANDO FL 32896-0080


PAYPAL BUYER CREDIT
P.O. BOX 960080
ORLANDO FL 32896-0080


PNC MORTGAGE
3232 NEMARK DR
MIAMISBURG OH 45342


POOL SERVICE REPAIR
1731 W ROSE GARDEN LN SUITE #8
PHOENIX AZ 85027


QUALITY LOAN SERVICE CORP
2141 5TH AVE.
SAN DIEGO CA 92101


REGENESIS WELLNESS OF SCOTTSDALE
9500 E IRONWOOD SQ DR STE 126
SCOTTSDALE AZ 85258


ROSE LAW GROUP
6613 N. SCOTTSDALE RD. SUITE 200
SCOTTSDALE AZ 85250


SBA
PO BOX 740192
ATLANTA GA 30374


SCOTTSDALE CITY COURT
3700 N 75TH ST
SCOTTSDALE AZ 85251


SCOTTSDALE EMERGENCY ASSOC. LTD.
P.O. BOX 2710
SCOTTSDALE AZ 85252

Mezo, Aron -

SCOTTSDALE HEALTHCARE OSBORN
P.O. BOX 29679
PHOENIX AZ 85038

SCOTTSDALE SQUARE COMMUNITY ASSOCIATION
21448 N 75TH AVE STE 6
GLENDALE AZ 85308

SHOP HQ
C/O JCC
PO BOX 519
SAUK RAPIDS MN 56379

SHOP NBC
PO BOX 659705
SAN ANTONIO TX 78265-9705

SRA ASSOCIATES, INC.
401 MINNETONKA RD.
HI NELLA NJ 08083

STATE COLLECTION SERVICES
2509 S. STOUGHTEN RD.
MADISON WI 53716

STEPHANIA TINAJERO

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE, INDIO COURT
46-200 OASIS ST
INDIO CA 92201

TAKE CARE HEALTH SYSTEMS
16738 COLLECTIONS CENTER DR
CHICAGO IL 60693

TEMPE MUNICIPAL COURT
140 E 5TH STE STE 150
TEMPE AZ 85281

THE LAW OFFICE OF LYNDON B. STEIMEL
14614 N KIERLAND BLVD STE N-135
SCOTTSDALE AZ 85254

Mezo, Aron -


UNVL/CITI
ATTN.: CENTRALIZED BANKRUPTCY
PO BOX 20507
KANSAS CITY MO 64195


WORLD OF WATCHES
101 S. STATE ROAD 7; SUITE 201
HOLLYWOOD FL 33023


ZIONS FIRST NATIONAL BANK
310 S. MAIN STREET, STE. 1304
SALT LAKE CITY UT 84101